THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Stephon
 Hill,        Appellant.
 
 
 

Appeal from Chester County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-474
Submitted August 1, 2005  Filed August 8, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott,  of Columbia;
 and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Stephon
Hill appeals his convictions for first-degree burglary and pointing and
presenting a firearm.  Hills appellate counsel has petitioned to be
relieved as counsel, stating she has reviewed the record and has concluded Hills
appeal is without merit.  The sole issue briefed by counsel concerns
whether the circuit court lacked subject matter jurisdiction to convict Hill of
first-degree burglary due to alleged deficiencies with the indictment on that
charge.  Hill filed a separate pro se brief.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss this appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
HEARN, C.J., STILWELL and
KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rules
215 and 220(b)(2), SCACR.